UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GILBERT GARDNER, | No. C 11-6226 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. GROUNDS, Warden, | |
| Respondent. / | |

The petition having been denied, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: January 9, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE